IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KATAKA NIGEL THOMAS                                                         PLAINTIFF

VS.                                        CASE NO. 09-CV-4108

JAMES SINGLETON et al.,                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on May 11, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 10). Fourteen (14) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that Plaintiff Kataka Nigel Thomas's Complaint should be and hereby is dismissed on the groung that he has failed to keep the Court appraised of his current address pursuant to Local Rule 5.5 (c)(2) and failed to prosecute this action. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED, this 2nd day of June, 2010.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge